■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MORGAN, Appellant. [56 NYS3d 885]—Application

by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 22, 1993 (*People v Morgan*, 191 AD2d 649 [1993]), affirming a judgment of the Supreme Court, Queens County, rendered March 11, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Roman, LaSalle and Connolly, JJ., concur.